UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

**ERICK RUIZ-ESPARZA #64250-018**     **CASE NO.  23-cv-1254 SEC P**

-vs-     **JUDGE DRELL**

**WARDEN F C I POLLOCK**     **MAGISTRATE JUDGE PEREZ-MONTES**

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 11), and the response by Mr. Ruiz-Esparza by way of objection the Court having conducted a de novo review, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is DENIED and DISMISSED WITH PREJUDCE.

THUS DONE AND SIGNED at Alexandria, Louisiana this 24th day of June 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT